J. Freeman Dixon et al., Appellants, v. New York Trap Rock Corporation, Respondent.

Submitted July 16, 1948; decided July 16, 1948.

*Elijah T. Russel* for motion.
*Joseph Diehl Fackenthal* and *George M. Northrop* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.